UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/19

------------------------------------------------------------ X

IN RE:                                                    :

INTEREST RATE SWAPS ANTITRUST LITIGATION    :          16-MD-2704 (PAE)
                                                          :          16-MC-2704 (PAE)
*This Document Relates to All Actions*            :          ORDER NO. 71

------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the Court adjourns the telephone conference currently scheduled for **Wednesday, June 5, 2019** at 9:00 a.m. to **10:00 a.m.** that same day.  The Court directs lead counsel for plaintiffs to provide the Court and the defense with a dial-in number for the call.  The Court apologizes to counsel for any inconvenience caused by the serial adjustments of the date and time of this call.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: May 22, 2019
       New York, New York