UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In re Interest Rate Swaps Antitrust Litigation*

This Document Relates to:

   *Javelin Capital Markets LLC v. Bank of America Corp., et al.*,
   No. 16-cv-03542 (JPO)

   *trueEX LLC v. Bank of America Corp., et al.*,
   No. 18-cv-05361 (JPO)

MDL No. 2704
Master Docket No.
16 MD 2704 (JPO)

---

## MOTION TO WITHDRAW AS COUNSEL FOR
## JAVELIN CAPITAL MARKETS LLC AND TRUEEX LLC

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York (the "Local Rules"), Thomas P. Ogden, Ryan Anthony Kane,

Jeffrey Coviello, Brant Duncan Kuehn, Fletcher William Strong and Charlotte Davenport Stewart

(collectively, the "Withdrawing Attorneys"), attorneys with the law firm Wollmuth Maher &

Deutsch LLP ("WMD"), hereby request permission to withdraw as counsel for Javelin Capital

Markets LLC ("Javelin") and trueEX LLC ("trueEX"), as applicable, in the above-captioned

actions.

On August 24, 2021, the Court granted WMD's recent motion to withdraw for Javelin and

trueEX in such actions, *see* ECF No. 960, and the WMD attorneys identified in that motion have

been removed from the CM/ECF service list for Javelin and trueEX.  By this motion, and further

to such Order, the remaining WMD attorneys who have appeared as counsel of record for Javelin

and trueEX in the same actions seek permission to withdraw on the same basis, and the contents

of the prior motion submission are fully incorporated herein by reference. *See* ECF Nos. 956-58.

In connection with the withdrawal, the clerk is requested to remove the Withdrawing Attorneys

from the CM/ECF service list for Javelin and trueEX.

For the avoidance of doubt, WMD, including the Withdrawing Attorneys, as applicable,

are still counsel for Tera Group, Inc., Tera Advanced Technologies, LLC, and TeraExchange,

LLC.

Dated: August 31, 2021
          New York, New York

Respectfully submitted,

*/s/ Thomas P. Ogden*
Thomas P. Ogden
Ryan Anthony Kane
Jeffrey Coviello
Brant Duncan Kuehn
Fletcher William Strong
Charlotte Davenport Stewart
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Phone: (212) 382-3300
Fax: (212) 382-0050
togden@wmd-law.com
rkane@wmd-law.com
jcoviello@wmd-law.com
bkuehn@wmd-law.com
fstrong@wmd-law.com
cstewart@wmd-law.com

*Attorneys for Plaintiffs Tera Group, Inc., Tera*
*Advanced Technologies, LLC, TeraExchange, LLC,*
*Javelin Capital Markets LLC, and trueEX LLC*